NEELEMAN LAW GROUP
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: (425) 212-4800
Facsimile: (425) 212-4802

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

In re: SPRING HILL,

      Debtor(s).

Case No.: 19-12419

DECLARATION OF CONTRIBUTION

I, Derek Mason, declare under penalty of perjury that I contribute $2,800 per month toward household expenses as needed.

Dated this 22 day of July, 2019.

Signed:

/s/ Derek Mason

Declaration

Neeleman Law Group
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: (425) 212-4800
Facsimile: (425) 212-4802

Case 19-12419-MLB    Doc 8    Filed 07/22/19    Ent. 07/22/19 15:20:07    Pg. 1 of 1